*State, Respondent, v. Lozano, Petitioner*, No. 92148-2. Petition for review of a decision of the Court of Appeals, No. 45242-1-II, July 28, 2015, 189 Wn. App. 117. *Denied* January 6, 2016.

*State, Respondent, v. Peneueta, Petitioner*, No. 92149-1. Petition for review of a decision of the Court of Appeals, No. 71948-3-1, July 27, 2015, 189 Wn. App. 1008. *Denied* January 6, 2016.

*State, Respondent, v. Price, Petitioner*, No. 92154-7. Petition for review of a decision of the Court of Appeals, No. 46066-1-II, July 28, 2015, 189 Wn. App. 1012. *Denied* January 6, 2016.

*State, Respondent, v. Delgado Rodriguez, Petitioner*, No. 92165-2. Petition for review of a decision of the Court of Appeals, No. 32091-0-III, July 21, 2015, 188 Wn. App. 1064. *Denied* January 6, 2016.

*Cheng, Petitioner, v. Spokane Eye Clinic et al., Respondents*, No. 92167-9. Petition for review of a decision of the Court of Appeals, No. 32198-3-III, June 9, 2015, 188 Wn. App. 1014. *Denied* January 6, 2016.

*State, Respondent, v. Phillips, Petitioner*, No. 92352-3. Petition for review of a decision of the Court of Appeals, No. 45411-4-II, August 4, 2015, 189 Wn. App. 1020. *Denied* January 6, 2016.

Whittenburge, Petitioner, v. Department of Social and Health Services, Respondent, No. 92028-1. Petition for review of a decision of the Court of Appeals, No. 72914-4-I, July 6, 2015. *Denied* January 6, 2016.

*Belenski, Petitioner, v. Jefferson County, Respondent*, No. 92161-0. Petition for review of a decision of the Court of Appeals, No. 45756-3-II, May 19, 2015, 187 Wn. App. 724. *Granted* January 7, 2016.